**Washington Photo Engraving Company, a Corporation, Appellee, v. Leonard Pike, Appellant.**

**Gen. No. 48,306.**

First District, Second Division.
April 18, 1961.

Robert E. Wiss, of Chicago, for appellant; Martin S. Gerber, of Chicago (George B. Collins, of counsel) for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**